1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    LARRY LOUIS KING,                        No.  2:22-cv-02057-KJM-CKD P

12                 Plaintiff,

13         v.                                  ORDER

14    K. CLARK, et al.,

15                 Defendants.

16

17        Plaintiff is a state prisoner proceeding pro se in this civil rights action filed pursuant to 42

18    U.S.C. § 1983.  Plaintiff has filed an application to proceed in forma pauperis pursuant to 28

19    U.S.C. § 1915 and a motion for the appointment of counsel.  ECF Nos. 7-8.

20        In the 76-page complaint, plaintiff is suing multiple defendants at various prisons located

21    in this judicial district as well as outside of this judicial district.  While the majority of the events

22    giving rise to plaintiff's complaint occurred at Corcoran State Prison, he was also transferred to

23    R.J. Donovan Correctional Facility as well as the California Medical Facility.  ECF No. 1.  The

24    first group of defendants named in the complaint were employed at Corcoran State Prison and

25    involve Eighth Amendment claims of excessive force, failure to protect plaintiff from harm, and

26    deliberate indifference to plaintiff's safety.  ECF No. 1.  Plaintiff has joined these claims with

27    additional allegations of threats to his safety by defendants employed at R.J. Donovan

28    Correctional Facility.  Although not conducting a screening of the complaint pursuant to 28

                                          1

1  U.S.C. § 1915A, it does not appear to this court that the claims occurring at R.J. Donovan

2  Correctional Facility are sufficient to state a cognizable claim for relief.  The complaint also

3  names two medical doctors as defendants and alleges that they provided plaintiff with inadequate

4  pain treatment for the injuries he sustained during the incidents of excessive force at Corcoran

5  State Prison.  Plaintiff does not indicate where these medical defendants were employed.  Lastly,

6  the complaint indicates that plaintiff's mail was being tampered with by various correctional

7  officers.

8      Corcoran State Prison is located in Kings County, California which is part of the Fresno

9  Division of the United States District Court for the Eastern District of California.  See Local Rule

10  120(d).  R.J. Donovan State Prison is located in San Diego County for which venue is proper in

11  the Southern District of California.  The California Medical Facility lies in Solano County which

12  is part of this judicial district.

13      Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper

14  division of a court may, on the court's own motion, be transferred to the proper division of the

15  court.  Because the complaint does not identify any defendant employed at the California Medical

16  Facility, the court will transfer this action to the Fresno Division where the majority of the events

17  occurred giving rise to this action.[1]  In light of 1996 amendments to 28 U.S.C. § 1915, this court

18  will not rule on plaintiff's request to proceed in forma pauperis or his motion for the appointment

19  of counsel.

20      Accordingly, IT IS HEREBY ORDERED that:

21  1.  This court has not ruled on plaintiff's request to proceed in forma pauperis or his

22      motion for the appointment of counsel.

23  2.  This action is transferred to the United States District Court for the Eastern District of

24      California sitting in Fresno.

25

26  [1] A review of the court's docket further indicates that plaintiff previously filed a similar civil
    action in the Fresno Division of the Eastern District of California.  See King v. Vera, Case No.
27  1:22-cv-00331-SKO (E.D. Cal.).  Plaintiff voluntarily dismissed that action on April 20, 2022 in
    order to exhaust his administrative remedies.  See King v. Vera, Case No. 1:22-cv-00331-SKO, at
28  ECF No. 9.

3. All future filings shall reference the new Fresno case number assigned and shall be

filed at:

United States District Court
Eastern District of California
2500 Tulare Street
Fresno, CA 93721

Dated:  May 25, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/king2057.22